UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                          Case No. 07-CR-294

KENNETH CRABTREE,

      Defendant.

**ORDER DENYING MOTION TO TERMINATE SUPERVISED RELEASE**

Defendant Kenneth Crabtree has filed a motion to terminate his term of supervised release in the above matter. Crabtree plead guilty to conspiring to distribute 100 kilograms or more of marijuana and was sentenced to fifteen months in prison on June 2, 2008. The prison term was to be followed by six years of supervised release. Crabtree has served one year of supervised release and has requested early termination.

Given the seriousness of the offense and the defendant's prior record, the Court concludes that the motion is premature. It is true that the record is old, the Defendant has complied with the conditions of his supervision over the past year, and has maintained steady employment in support of his family. All of these things are commendable, but do not warrant a termination after only one year of supervised release given the magnitude of the original offense. One year of supervision is insufficient to be able to assess the Defendant's prognosis for future success. Accordingly, the motion is denied.

Dated this   27th   day of September, 2010.

                                          s/ William C. Griesbach
                                          William C. Griesbach
                                          United States District Judge